AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
| v. | ) | Case: 1:24-mj-00294 |
| Celena Gabrielle Belton | ) | Assigned To : Judge G. Michael Harvey |
| | ) | Assign. Date : 9/18/2024 |
| | ) | Description: COMPLAINT W/ARREST WARRAN |
| | ) | |

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                    Celena Gabrielle Belton                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building..

Date:      09/18/2024                                      2024.09.18 11:12:43 -04'00'
                                                                      *Issuing officer's signature*

City and state:        Washington, D.C.                    G. Michael Harvey, U.S. Magistrate Judge
                                                                      *Printed name and title*

---

**Return**

This warrant was received on *(date)*  9/18/24        , and the person was arrested on *(date)*  9/19/24
at *(city and state)*  RICHMOND   VA           .

Date:  9/19/24                                        *Arresting officer's signature*

                                                      DOUGLAS H WEST   TFO
                                                      *Printed name and title*